SAN DIEGO IP LAW GROUP LLP
Trevor Q. Coddington, Ph.D. (CSB NO. 243,042)
Donny K. Samporna (CSB NO. 316,456)
703 Palomar Airport Rd., Suite 210
Carlsbad, CA 92011
(442) 325-1024

*Attorneys for Plaintiff Confident Technologies, Inc.*

SNELL &WILMER L.L.P.
Keith M. Gregory (SBN: 117837)
350 Grand Ave., Suite 3100
Los Angeles, CA 90071
(213) 929-2500

ROTHWELL FIGG ERNST & MANBECK, P.C.
Steven Lieberman (*Pro Hac Vice*)
Sharon Davis (*Pro Hac Vice*)
Benjamin Holt (*Pro Hac Vice*)
607 14th Street, N.W., Suite 800
Washington, DC 20005
(202) 783-6040

*Attorneys for Defendant Fandango Media, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CONFIDENT TECHNOLOGIES, INC. | Case No. 2:18-cv-03035-JAK-AGR |
|---|---|
| Plaintiff, | The Honorable John A. Kronstadt |
| v. | **JOINT APPLICATION TO MODIFY ORDER [DKT. 38]** |
| FANDANGO MEDIA, LLC, | |
| Defendant. | |

# JOINT APPLICATION TO MODIFY ORDER

On September 18, 2018, Plaintiff Confident Technologies, Inc. and Defendant Fandango Media, LLC (collectively, the "Parties") filed a Notice of Settlement with the Court. On September 19, 2018, the Court entered an Order Dismissing Case Without Prejudice and retained jurisdiction for 14 days (Dkt. 38) ("Order"). Pursuant to the Court's Order and Civil L.R. 16-14, the Parties jointly request that the Court modify the Order to retain jurisdiction in this matter for an additional 28 days from October 3, 2018 through October 31, 2018. Good cause exists for this joint application since the Parties have reached a finalized agreement and the additional time requested will allow the Parties to execute said final settlement agreement in this matter and will further allow time for the Parties to comply with the terms of the agreement and file dismissal papers, as detailed below.

Since the Court's Order, the Parties have exchanged six separate drafts of the settlement agreement on the following dates: September 17, 18, 21, 25, and 27; and October 2. Additionally, the Parties held telephonic calls on September 24 and October 3 to negotiate settlement terms. Through these efforts, the Parties have reached a finalized settlement agreement but were unable to have the finalized agreement fully executed by October 3, 2018.

Although no agreement has been executed, the Parties have agreed on the finalized terms of the agreement to submit to their clients for execution and compliance. The Parties are working diligently to execute the finalized settlement agreement and to fully comply with the terms therein. Under the terms of the finalized agreement, the voluntary dismissal would be filed no later than October 31, 2018.

For these reasons, the Parties jointly request that the Order be modified to extend jurisdiction through October 31, 2018.

Dated: October 3, 2018       ROTHWELL, FIGG, ERNST & MANBECK, P.C.

By:  /s/ *
_____
     Steven Lieberman

*Attorneys for Defendant*
*Fandango Media, LLC*

Dated:  October 3, 2018      SNELL & WILMER L.L.P.

By: /s/ Keith M. Gregory
_____
     Keith M. Gregory

*Attorneys for Defendant*
*Fandango Media, LLC*

Dated: October 3, 2018       SAN DIEGO IP LAW GROUP LLP

By:  /s/ *
_____
     Donny Samporna

*Attorneys for Plaintiff*
*Confident Technologies, Inc.*

\* Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that the signatories concur in the filing's content and have authorized the filing.