UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONFIDENT TECHNOLOGIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>FANDANGO MEDIA, LLC,<br><br>Defendant. | Case No. 2:18-cv-03035-JAK-AGR<br><br>**ORDER RE JOINT APPLICATION TO MODIFY ORDER DISMISSING CASE [DKT. 38]** |

PURSUANT TO THE PARTIES' JOINT APPLICATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED AS FOLLOWS:

The Joint Application is **GRANTED**. The Court's Order Dismissing Case Without Prejudice ("Order") entered on September 19, 2018 (Dkt. 38) is modified solely to extend the Court's jurisdiction to vacate the Order through October 31, 2018;

All other provisions of the Order remain unchanged and are in full force and effect through October 31, 2018.

IT IS SO ORDERED.

Dated: October 5, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1